## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Docket No. 3:18-mj-389** |
| | ) | |
| **v.** | ) | |
| | ) | ***UNDER SEAL*** |
| **(1) MERVIN FRANCIS BAKER** | ) | |
| **(2) KIRK WAYNE GRAHAM** | ) | **ORDER UNSEALING** |
| **(3) BASIL LANAS NOBLE** | ) | **CRIMINAL COMPLAINT** |
| **(4) GERVAN ROMAIN TAYLOR** | ) | **AND ARREST WARRANTS** |
| **(5) PETER AUGUSTUS WRIGHT** | ) | |
| | ) | |

UPON MOTION of the United States of America for an order directing that the Criminal Complaint and Arrest Warrants be unsealed, because there is no further need to keep the existence of the Complaint secret, the Motion is hereby GRANTED, and

**IT IS ORDERED** that the Criminal Complaint and Arrest Warrants are hereby unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to Steven.Kaufman@usdoj.gov).

SO ORDERED this 16th day of November 2018.

_____
THE HONORABLE DAVID ~~C. KEESLER~~ S. CAYER
UNITED STATES MAGISTRATE JUDGE